UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America ex rel. Masoud Samandi,<br><br>　　　　Plaintiff,<br>　　v.<br>Materials and Electrochemical Research Corporation, James C. Withers, Raouf O. Loufty,<br><br>　　　　Defendants. | CV- 05-124-TUC-DCB<br><br><br><br>ORDER |

　　Upon consideration of the Defendants' Motion to Seal,

　　**IT IS** ORDERED that the Motion to Seal (document 242) is **GRANTED,** and the Clerk is directed to seal Exhibits 2A and 2B attached to ECF No.222.

　　**Dated this 1st day of December, 2009.**

David C. Bury
United States District Judge