# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America ex rel. Masoud Samandi, | ) | No. CV 05-124-LDW |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| Materials and Electrochemical Research Corporation, et al., | ) | |
| Defendants. | ) | |

Upon consideration of Plaintiff Samandi's Motion to Reopen and Restore the Action,

IT IS HEREBY ORDERED that the motion is granted.