IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MASOUD SAMANDI,<br><br>    Plaintiffs,<br><br>vs.<br><br>MATERIALS AND ELECTROCHEMICAL RESEARCH CORPORATION, *et al.*,<br><br>    Defendants. | No. CV-05-0124-TUC-DCB (BGM)<br><br>**REPORT & RECOMMENDATION** |

Currently pending before the Court is the parties' settlement agreement. Relator Masoud Samandi and Defendants Materials and Electrochemical Research Corporation, James C. and Helga Withers, Raouf O. and Elia Loutfy, Roger Storm and Witold Kowbel seek dismissal of this cause of action with prejudice. Pursuant to the Rules of Practice in this Court, the matter was assigned to Magistrate Judge Macdonald for a report and recommendation. The Magistrate recommends the District Court, after its independent review of the record, accept the parties' settlement agreement and dismiss this cause of action with prejudice as to **all** parties.

### I.    BACKGROUND

On February 22, 2005, Plaintiff-Relator Masoud Samandi filed this action in the United States District Court for the District of Arizona seeking damages based on violations

1  of the False Claims Act, 31 U.S.C. §§ 3729-33.[1]  On March 31, 2008, the United States of
2  America, on behalf of itself and its agencies and subunits (collectively "the Government")
3  filed its Notice of Election to Intervene in Part and Decline in Part (Doc. 32).  On May 7,
4  2008, the Government filed its corresponding Complaint in Intervention (Doc. 34) against
5  certain Defendants, and through which it intervened with respect to certain of Samandi's
6  claims.  The Government amended its Complaint.  *See* Amended Compl. (Docs. 250 & 253).

7  On December 22, 2010, Plaintiff-Relator Samandi filed his Motion to Sever (Doc.
8  270), which was subsequently granted by the Court on January 4, 2011.  Order 1/4/2011
9  (Doc. 279).  On December 29, 2010, Plaintiff-Relator Samandi filed a Stipulation of
10 Voluntary Dismissal (Doc. 271) which provided in part that "[a]fter the claims in the
11 Government's complaint in this matter have been finally resolved or adjudicated through a
12 final and unappealable determination, the parties to the qui tam complaint will engage in
13 good faith efforts to settle or mediate any unresolved claims in the qui tam complaint."  Stip.
14 of Voluntary Dismissal (Doc. 271) at ¶ 2.  On January 4, 2011, the Court granted Plaintiff-
15 Relator's motion for dismissal.  Order 1/4/2011 (Doc. 280).

16 On February 2, 2011, a seven day jury trial commenced on the Government's
17 intervened claims against Defendants.  *See* Minute Entry 2/2/11 (Doc. 299).  The jury
18 returned a verdict against the Government and in favor of the Defendants on all intervened
19 claims.  Minute Entry 2/16/2011 (Doc. 310).

20 On May 27, 2012, Plaintiff-Relator sought to reopen the litigation as to the remaining,
21 unintervened, claims.  Notice and Mem. in Support of Pl. Samandi's Mot. to Reopen and
22 Restore the Action (Doc. 347).  Accordingly, the Court ordered the parties to attend
23 mediation.  Order 6/11/2012 (Doc. 351).  On August 7, 2012, a settlement conference was
24 held before Magistrate Judge Bruce G. Macdonald.  Minute Entry 8/7/2012 (Doc. 363).

25 Pursuant to the parties' stipulation, the Honorable David C. Bury has referred this

---

[1] Case Number CV-05-124-TUC-DCB, *United States ex rel. Masoud Samandi v. Materials and Electrochemical Research Corporation; James C. Withers; Raouf O. Loutfy; Witold Kowbel; Roger Storm; Helga Withers; and Elia Loutfy*.

- 2 -

matter to Magistrate Judge Macdonald for review of the final settlement agreement and issuance of a report and recommendation regarding the same. Order 11/20/2012 (Doc. 371).

## II. DISCUSSION

Plaintiff-relator Samandi and Defendants Materials and Electrochemical Research Corporation, James C. and Helga Withers, Raouf O. and Elia Loutfy, Roger Storm and Witold Kowbel have submitted their November 16, 2012 Confidential Settlement Agreement to the Magistrate Judge for his review. The Government has not objected to the agreement.[2]

Having reviewed the settlement agreement, executed by the parties on November 16, 2012, and adopted herein by this reference,[3] the Magistrate Judge hereby recommends that the District Court ACCEPT the settlement agreement and dismiss this matter WITH PREJUDICE as to Plaintiff and all parties, all parties in interest and all persons that may be claiming by or through Plaintiff, including without limitation the United States Government and any agency or department thereof, including without limitation its Department of Justice.

Pursuant to the Court's November 20, 2012 Order (Doc. 371), 28 U.S.C. §636(b) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, any party may serve and file written objections within fourteen (14) days after being served with a copy of this Report and Recommendation. A party may respond to another party's objections within seven (7) days after being served with a copy. Order 11/20/2012 (Doc. 371) at 2. The objecting party(ies) may file a reply within three (3) days of the filing of any response to an objection. *Id.* Failure to file timely objections to any factual or legal determination of the Magistrate Judge may be deemed a waiver of the party's right to *de novo* review of the issues. *See United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir.) (*en banc*), *cert. denied,* 540 U.S. 900

---

[2] Pursuant to the Court's November 20, 2012 Order (Doc. 371), the Government was directed to "submit its objections, if any, on or before November 21, 2012 [to Magistrate Judge Macdonald]." Order 11/20/2012 (Doc. 371) at 2.

[3] The Confidential Settlement Agreement is attached hereto as "Exhibit A" and shall be filed under seal.

(2003). If objections are filed, the parties should use the following case number: **CV-05-124-TUC-DCB**.

DATED this 5th day of December, 2012.

_____
Bruce G. Macdonald
United States Magistrate Judge

- 4 -