**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America *ex rel.* Masoud Samandi,

Plaintiff,

v.

Materials and Electrochemical Research Corporation, *et al.*,

Defendants,

CV 05-124 TUC DCB

**O R D E R**

This case is a *qui tam* action, which was referred to Magistrate Judge Bruce G. Macdonald for a settlement conference. The case having been resolved between the United States and Defendants at trial, on May 27, 2012, the Relator sought to reopen the litigation as to the remaining unintervened claims. The Defendants filed a Motion to Dismiss. The parties agreed to proceed with a settlement conference before completing briefing the Motion to Dismiss.

On December 6, 2012, the Magistrate Judge issued a Report and Recommendation advising the Court to accept the parties' settlement agreement and dismiss the action with prejudice as to all parties. The Report and Recommendation was sent to all parties, including the Government, with notice that any objections should be filed within 14 days.

/////

/////

/////

/////

/////

No party objects. After making an independent study of the matter and for the reasons stated in the Report and Recommendation, the Court accepts the settlement agreement and dismisses the case, with prejudice.

**Accordingly,**

**IT IS ORDERED** that the settlement agreement is accepted and the case is dismissed with prejudice as to Plaintiff and all parties, all parties in interest and all persons that may be claiming by or through Plaintiff, including without limitation the United States Government and any agency or department thereof, including without limitation its Department of Justice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 14th day of January, 2013.

David C. Bury
United States District Judge